**FILED**

DEC 11 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN MARTINEZ, ) | Case No. CV 12-4952-VAP (MLG) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| WARDEN, ) | |
| Defendants. ) | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: December 11, 2012

_Virginia A. Phillips_
Virginia A. Phillips
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY